IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   RYAN PAUL VAN GORDEN : CHAPTER 13
:
: CASE NO.: 5:19-bk-000393-RNO
:
                  Debtor :
:

PNC BANK, N.A., :
                  Movant :
:
        v. :
:
   RYAN PAUL VAN GORDEN :
:
                Respondent. :

**ORDER GRANTING MOTION OF PNC BANK, NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) TO EXERCISE RIGHTS AGAINST COLLATERAL**

Upon consideration of the Motion of PNC Bank, National Association ("PNC Bank"), for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) to Exercise Rights Against Collateral (the "Motion"), after Notice and an opportunity for a hearing, it is hereby

ORDERED that:

1. the Motion is GRANTED;

2. PNC Bank is granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) to take all action necessary to pursue its rights in the real property located at 820 North 9th Street, Stroudsburg, Pennsylvania 18360, including but not limited to proceeding with the Sheriff's sale that was postponed and stayed due to this bankruptcy filing.

Dated: March 25, 2019        By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (PAR)