**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **RYAN PAUL VAN GORDEN** | : | **BK. No. 5:19-bk-00393-RNO** |
| **A/K/A RYAN P. VAN GORDEN F/D/B/A VAN** | : | |
| **GORDEN QUICK LUBE A/K/A RYAN P.** | : | **Chapter No. 13** |
| **VANGORDEN A/K/A RYAN VAN GORDEN** | : | |
| **D/B/A LUBE EXPRESS D/B/A VAN GORDEN** | : | |
| **ENTERPRISES D/B/A VAN GORDEN MOBIL** | : | |
| **LUBE D/B/A VAN GORDEN CITGO LUBE** | : | |
| **D/B/A VAN GORDEN LUBE EXPRESS** | : | **11 U.S.C. §362** |
| **Debtor** | : | |
| | : | |
| **ROUNDPOINT MORTGAGE SERVICING** | : | |
| **CORPORATION** | : | |
| **Movant** | : | |
| **v.** | : | |
| **RYAN PAUL VAN GORDEN** | : | |
| **A/K/A RYAN P. VAN GORDEN F/D/B/A VAN** | : | |
| **GORDEN QUICK LUBE A/K/A RYAN P.** | : | |
| **VANGORDEN A/K/A RYAN VAN GORDEN** | : | |
| **D/B/A LUBE EXPRESS D/B/A VAN GORDEN** | : | |
| **ENTERPRISES D/B/A VAN GORDEN MOBIL** | : | |
| **LUBE D/B/A VAN GORDEN CITGO LUBE** | : | |
| **D/B/A VAN GORDEN LUBE EXPRESS** | : | |
| **Respondent** | : | |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY WITH RESPECT TO 400 SAWMILL ROAD, STROUDSBURG, PA 18360.**

Upon consideration of Motion of **ROUNDPOINT MORTGAGE SERVICING CORPORATION** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 400 SAWMILL ROAD, STROUDSBURG, PA 18360 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

Dated:  July 19, 2019

By the Court,

_Robt N. Opel II_

_____

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)