UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RYAN PAUL VAN GORDEN<br>AKA: RYAN P. VAN GORDEN,<br>RYAN P. VANGORDEN, RYAN VAN GORDEN DBA: FDBA VAN GORDEN QUICK LUBE, LUBE EXPRESS, VAN GORDEN ENTERPRISES, VAN GORDEN MOBIL LUBE, VAN GORDEN CITGO LUGE, VAN GORDEN LUBE EXPRESS | CHAPTER 13<br><br>CASE NO: 5-19-00393-RNO |

            Debtor(s)
CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
            Movant
RYAN PAUL VAN GORDEN
AKA: RYAN P. VAN GORDEN,
RYAN P. VANGORDEN, RYAN VAN GORDEN
DBA: FDBA VAN GORDEN QUICK LUBE, LUBE EXPRESS, VAN GORDEN ENTERPRISES, VAN GORDEN MOBIL LUBE, VAN GORDEN CITGO LUGE, VAN GORDEN LUBE EXPRESS

            Respondent(s)

## ORDER

Upon consideration of the Trustee's Motion to Dismiss Case Because Plan is Unconfirmable, after hearing held on August 28, 2019, it is

ORDERED that the Motion is GRANTED and the above-captioned bankruptcy is DISMISSED.

Dated: August 28, 2019              By the Court,

                                                                Robert N. Opel, II, Chief Bankruptcy Judge (BI)