# Notice Recipients

District/Off: 0314–5   User: DDunbar   Date Created: 8/28/2019
Case: 5:19–bk–00393–RNO   Form ID: pdf010   Total: 49

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
5164867   PNC Bank, N.A.
    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Charles J DeHart, III (Trustee) | dehartstaff@pamd13trustee.com |
| cr | Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov |
| aty | James W Hennessey | jhennessey@dilworthlaw.com |
| aty | Jennifer L. Maleski | jmaleski@dilworthlaw.com |
| aty | John H. Doran | jdoran@dorananddoran.com |
| aty | Mario John Hanyon | pamb@fedphe.com |
| aty | Melissa L. Van Eck | mvaneck@attorneygeneral.gov |
| aty | Philip W. Stock | pwstock@ptd.net |
| aty | Thomas Song | pamb@fedphe.com |

    TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Ryan Paul Van Gorden   400 Saw Mill Road   Stroudsburg, PA 18360
cr   UniFirst Corporation   c/o John H. Doran, Esquire   Doran & Doran P.C.   69 Public Square, Suite 700   Wilkes–Barre, PA 18701
cr   Department ofRevenue Commonwealth of Pennsylvania   Commonwealth of Pennsylvania Department   P.O. Box 280948   Harrisburg, PA 17128
5156474   ARS Account Resolution Serv.   1643 NW 136th Ave. Bldg. H Ste. 100   Sunrise, Florida 33323
5156475   AT&T Mobility II, LLC   c/o AT&T Services, Inc.   One AT&T Way   Bedminster, NJ 07921
5156472   Ability Recovery Service   PO Box 4031   Wyoming, PA 18644
5156473   Apex Asset Management   2501 Oregon Pike, Suite 120   Lancaster, Pennsylvania 17601
5156476   Blue Ridge Communications   PO Box 316   Palmerton, PA 18071
5156477   Emergency Care Services of PA   1202 Langhorne Newtown Rd.   Langhorne, Pennsylvania 19047
5156478   Jaclyn Van Gorden   400 Saw Mill Road   Stroudsburg, PA 18360
5156479   James W. Hennessey, Esquire   Dilworth Paxson, LLP   1500 Market Street, Suite 3500E   Philadelphia, PA 19102
5159247   Jennifer L. Maleski, Esq.   Dilworth Paxson LLP   1500 Market Street, Suite 3500 E   Philadelphia, PA 19102–2101
5156480   Jennifer L. Maleski, Esquire   Dilworth Paxson, LLP   1500 Market Street, Suite 3500E   Philadelphia, PA 19102
5156481   John Doran, Esquire   Doran & Doran   68 Public Square Ste. 700   Wilkes Barre, PA 18701
5156482   Judi Warner Tax Collector   Hamilton Township   PO Box 308   Sciota, PA 18354
5156485   MSHMC Physicians Group   c/o National Recovery Agency   2491 Paxton Street   Harrisburg, PA 17111
5156483   Mario John Hanyon, Esquire   Phelan Hallinan Diamond Jones   1617 JFK Blvd. Suite 1400   Philadelphia, PA 19103
5156484   Monroe County Tax Claim Bureau   1 Quaker Plaza, Room 104   Stroudsburg, Pennsylvania 18360
5156486   National Recovery Agency   2491 Paxton Street   Harrisburg, Pennsylvania 17111
5156487   Notre Dame School   60 Spangenburg Avenue   East Stroudsburg , PA 18301
5156491   PNC Bank   PO Box 3180   Pittsburgh, Pennsylvania 15230
5182510   PNC Bank, N.A.   PO Box 94982   Cleveland, OH 44101
5156492   PNC Bank, NA   201 Penn Ave.   Scranton, PA 18503
5156488   Pennsylvania Department of Revenue   Bankruptcy Division   PO Box 280946   Harrisburg, Pennsylvania 17128
5166998   Pennsylvania Department of Revenue   Bankruptcy Division P O Box 280946   Harrisburg PA 17128–0946
5156489   Petro Choice, Inc.   837 Cherry St.   Pittston, PA 18641
5156490   Phelan Hallinan Diamond Jones   1617 JFK Blvd. Suite 1400   One Penn Center Plaza   Phildelphia, Pennsylvania 19103
5156493   Pocono Medical Center   206 East Brown Street   East Stroudsburg, Pennsylvania 18301
5156494   Progressive Physician Associates   c/o Americollect, Inc.   PO Box 1566   Manitowoc, WI 54221
5183725   ROUNDPOINT MORTGAGE SERVICING CORPORATION   5016 PARKWAY PLAZA BLVD.,   BUILDINGS 6 & 8   CHARLOTTE NC 28217
5156495   Receivable Management Partners   PO Box 349   Greensburg, IN 47240
5156496   Robert P. Sheils, III, Esquire   Sheils Law Associates, PC   108 North Abington Road   Clarks Summit, PA 18411
5156497   Roundpoint Mortgage   5032 Parkway Plaza Blvd.   Charlotte, NC 28217
5156498   Steve Shannon   Steve Shannon Tire Co., Inc.   PO Box 803   Bloomsburg, PA 17815
5156499   Thomas Song, Esquire   Phelan Hallinan Diamond Jones   1617 JFK Blvd. Suite 1400   Philadelphia, PA 19103
5158775   UniFirst Corporation   c/o John H. Doran Esquire   69 Public Square, Suite 700   Wilkes–Barre, PA 18701

| | | | |
|---|---|---|---|
| 5156500 | Unifirst Corporation | 1072 Hanover Street | Wilkes Barre, PA 18706 |
| 5156501 | Wendy Bogart Shiffer, Tax Collector | PO Box 128 | Stroudsburg, PA 18360 |

TOTAL: 38